# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-2055
_____

Brad Ronald Stevens

*Plaintiff - Appellant*

v.

Minnesota Department of Corrections; Commissioner Joan Fabian; Jeffrey Peterson; Douglas Erickson; Minnesota Department of Human Services; Commissioner Cal Ludeman; Gary Grimm; Nancy Johnston; Stacey Sonnek; Robert Elsen; Ryan Chukuske; Jane and John Does, all in their official and individual capacities

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: October 1, 2021
Filed: October 6, 2021
[Unpublished]
_____

Before COLLOTON, GRUENDER, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Minnesota civil detainee Brad Stevens appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint.  Following a careful review, we conclude that the district court did not err in dismissing the case.  See Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (de novo review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.